*In re* NELSON J. ÁLVAREZ APONTE.

*Números:* TS-9200    *Resueltos:* 8 de agosto de 2003
AB-2002-13

*Edna Evelyn Rodríguez,* procuradora general auxiliar, y *Héctor Clemente Delgado,* subprocurador general interino; *Nelson J. Álvarez Aponte, pro se.*

Sala especial de verano integrada por el JUEZ ASOCIADO SEÑOR REBOLLO LÓPEZ, como su Presidente, la JUEZ ASOCIADA SEÑORA NAVEIRA DE RODÓN y los JUECES ASOCIADOS SEÑORES HERNÁNDEZ DENTON y FUSTER BERLINGERI.

## RESOLUCIÓN

Examinada la Moción en Cumplimiento de Orden de 20 de junio de 2003 presentada por el Procurador General de

Puerto Rico, se readmite al Sr. Nelson J. Álvarez Aponte al ejercicio de la profesión de abogado.

*Publíquese.*

Lo acordó el Tribunal y certifica la Subsecretaria del Tribunal Supremo.

<div align="center">

*(Fdo.)* Carmen E. Cruz Rivera
*Subsecretaria del Tribunal Supremo*